### BELL v. UNITED STORES ASS'N.

(Supreme Court, Appellate Term.    March 17, 1910.)

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Charles D. Bell against the United Stores Association. Judgment for plaintiff, and defendant appeals.    Affirmed.

Argued before GIEGERICH, DAYTON, and LEHMAN, JJ.

Samuel H. Wandell, for appellant.

Watson B. Robinson, for respondent.

PER CURIAM.    Judgment affirmed, with costs.

DAYTON, J. (dissenting).    The theory of the defense is sustained by the probabilities.    Plaintiff's alleged contract with an embryonic corporation is not proved by sufficient, if any, corporate ratification. The "salary" he received, not in the regular course of defendant's business, was for futile or inadequate services, and defendant by resolution repudiated the payments and demanded reimbursement.

In my opinion the judgment should be reversed, and the complaint dismissed, with costs to the appellant.